**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

FRANCISCO VICENTE-VICENTE,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

No. 5:26-cv-06659-BFM

**ORDER ON § 2241 HABEAS PETITION**

This case was initially assigned to a District Judge, and referred to this Court for a report and recommendation. (ECF 8.) After the Court issued its Report and Recommendation (ECF 12), Petitioner consented to this Court's jurisdiction (ECF 14). The case was thereafter reassigned to this Court for all purposes pursuant to General Order 26-05. (ECF 16.) Respondents did not object to the Report and Recommendation within the time set for objections, and the Court now adopts those recommendations as this Court's order in the case.

Accordingly, for the reasons set out in the Report and Recommendation, the Petition is **granted** as to Claims One and Three. The remainder of the Petitioner is **denied as moot**. Petitioner Francisco Vicente-Vicente (A# 246-

060-190) shall be **immediately released** from immigration detention on reasonable conditions.

Petitioner's counsel shall file a status report within three days of this Order confirming compliance with the Court's order. Upon receipt of that report, the Court will enter judgment consistent with this Order.

DATED: November 23, 2026

HONORABLE BRIANNA MIRCHEFF
UNITED STATES MAGISTRATE JUDGE